**Order entered December 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01237-CR

### EX PARTE ANTONIO CAMPOZANO JR.

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. WX19-90309-S

## ORDER

Before the Court is the State's December 2, 2019 first motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the State's brief filed by December 23, 2019.

The record in this appeal does not contain a certification of the right to appeal. Accordingly, we order the trial court to file within **FOURTEEN DAYS** of the date of this order, a certification of appellant's right to appeal.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE